**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**CHRISHONDA D. HOGUE,**

    **Plaintiff,**

vs.                                        **Case No. 4:08cv247-MP/CAS**

**MICHAEL J. ASTRUE,**

    **Defendant.**

                                 /

**REPORT AND RECOMMENDATION**

On October 23, 2008, the Court granted Defendant's motion and remanded this case for further proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Doc. 16, *citing* Melkonyan v. Sullivan, 501 U.S. 89, 111 S.Ct. 2157, 115 L.Ed.2d 78 (1991). On remand, Plaintiff was found eligible for benefits in a decision by the Administrative Law Judge dated May 4, 2012. Doc. 61. Defendant timely reported that result, doc. 59, and now moves for entry of a final judgment pursuant to FED. R. CIV. P. 58. Doc. 61.

The Commissioner notes that "[e]ntry of final judgment will begin the appeal period which determines the 30–day period during which a timely application for attorney fees may be made under the Equal Access to Justice Act (EAJA)" *Id.* The Commissioner has certified that Plaintiff has no objection to the instant motion and does

not object. *Id.*  Good cause having been shown, it is recommended that the Commissioner's motion be granted.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's Motion for Final Judgment, doc. 61, pursuant to FED. R. CIV. P. 58, be **GRANTED** and the Order adopting this Report and Recommendation direct the Clerk of Court to enter final judgment.

**IN CHAMBERS** at Tallahassee, Florida, on July 2, 2012.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**